# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GERARD R. REDUBLADO AND KIMBERLY A. JONES REDUBLADO, TRUSTEES, THE REDUBLADO FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> USAA CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 1:24-cv-00253 |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Gerard R. Redublado and Kimberly A. Jones Redublado and Defendant USAA Casualty Insurance Company, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-styled action and all claims contained therein should be dismissed with prejudice with the parties to bear their own costs and fees.

Respectfully submitted this 8th day of April 2025.

*/s/ Mara Essick*
Jonathan E. Bukowski
Mara Essick
Nicholas Conklin
MERLIN LAW GROUP, PA
1011 17th Street, Ste. 1150
Denver, CO 80202
Telephone: 720-665-9680
jbukowski@merlinlawgroup.com
messick@merlinlawgroup.com
nconklin@merlinlawgroup.com

*Attorneys for Plaintiffs*

*/s/ John A. Little*
John A. Little
Braden T. Morell
MAYNARD NEXSEN P.C.
1901 Sixth Ave. North, Suite 1700
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following either via the CM/ECF system which will send electronic notification to counsel, or via U.S. Mail, postage pre-paid, on April 8, 2025:

Jonathan E. Bukowski  
Mara Essick  
Nicholas Conklin  
MERLIN LAW GROUP, PA  
1011 17th Street, Ste. 1150  
Denver, CO 80202  
Telephone: 720-665-9680  
jbukowski@merlinlawgroup.com  
messick@merlinlawgroup.com  
nconklin@merlinlawgroup.com  

                                               */s/ John A. Little*  
                                               OF COUNSEL